IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMIE DALE FRAZIER, JR.                                                 PLAINTIFF

         v.                  Civil No. 04-5140

SHERIFF KEITH FERGUSON; MAJOR
GENE DRAKE; CAPTAIN HUNTER PETRAY;
LT. HENDRICK; the BENTON COUNTY
DETENTION CENTER DIETICIAN; and
the BENTON COUNTY DETENTION CENTER
KITCHEN SUPERVISOR                                          DEFENDANTS

## **O R D E R**

As it appears that the remaining issue in this case, whether defendants' action violated the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 2000cc et seq., may be resolved on motion for summary judgment, the defendants are directed to file such a motion **on or before March 1, 2006**. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 1st day of February 2006.

                                                         **/s/ Beverly Stites Jones**
                                                         _____
                                                         HON. BEVERLY STITES JONES
                                                         UNITED STATES MAGISTRATE JUDGE