IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMIE DALE FRAZIER, JR.                                              PLAINTIFF

       v.        Civil No. 04-5140

SHERIFF KEITH FERGUSON; MAJOR
GENE DRAKE; CAPTAIN HUNTER PETRAY;
LT. HENDRICK; the BENTON COUNTY
DETENTION CENTER DIETICIAN; and
the BENTON COUNTY DETENTION CENTER
KITCHEN SUPERVISOR                                                    DEFENDANTS

## O R D E R

Now pending before the court is defendants' second motion (Doc. 28) for summary judgment, that has been filed as directed by the court (Doc. 26.) This motion deals solely with the issue of whether defendants violated the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 2000cc et seq.

Plaintiff was directed not to respond until ordered to do so by the court. The court notes that the Statement of Facts in support of this motion is largely identical to that filed with the first motion for summary judgment. (Docs. 21, 30.) Therefore, the court will not provide a questionnaire response for the plaintiff to complete.

The plaintiff, Jimmie Dale Frazier, Jr., is hereby directed to file a response to the defendants' second motion for summary judgment **on or before Friday, June 23, 2006.**

IT IS SO ORDERED this 2nd day of June 2006.

                                  **/s/ Beverly Stites Jones**
                                  _____
                                  HON. BEVERLY STITES JONES
                                  UNITED STATES MAGISTRATE JUDGE