```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**JIMMIE DALE FRAZIER, JR.**                                    PLAINTIFF

v.                          Civil No.04-5140

**SHERIFF KEITH FERGUSON; MAJOR
GENE DRAKE; CAPTAIN HUNTER PETRAY;
LT. HENDRICKS; the BENTON COUNTY
DETENTION CENTER DIETICIAN; and
the BENTON COUNTY DETENTION CENTER
KITCHEN SUPERVISOR**                                            DEFENDANTS

## O R D E R

Now on this 21st day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #32), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Second Motion for Summary Judgment (document #28) is hereby **granted and this case is dismissed.**

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    **HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE**